AO 450 (Rev. 5/85) Judgment in a Civil Case

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF OHIO*
Eastern Division


**ROBERT J. RUARK,**

      **Petitioner,**

                                      **JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, ROSS**                      **CASE NO. 2:12-CV-934**
**CORRECTIONAL INSTITUTION,**     **JUDGE EDMUND A. SARGUS, JR.**
                                                  **MAGISTRATE JUDGE MARK R. ABEL**

      **Respondent.**

\_\_\_\_    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the Opinion and Order filed June 20, 2014, JUDGMENT is hereby entered DISMISSING this case.**


Date:  June 20, 2014                                  JOHN P. HEHMAN, CLERK


                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk